GARY M. RESTAINO
United States Attorney
District of Arizona
THOMAS C. SIMON
Assistant United States Attorney
Arizona State Bar No. 03857
Two Renaissance Square
40 N. Central Ave., Suite 1800
Phoenix, Arizona 85004
Telephone: 602-514-7500
Email: tom.simon@usdoj.gov
Attorneys for Plaintiff

FILED ___ LODGED
___ RECEIVED ___ COPY

OCT 12 2022

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

**REDACTED FOR PUBLIC DISCLOSURE**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>Plaintiff,<br><br>vs.<br><br>Dan Casey,<br><br>Defendant. | No. CR-22-1347-PHX-DLR (MHB)<br><br>**INDICTMENT**<br><br>VIO: 18 U.S.C. §§ 1153 and 113(a)(7)<br>(CIR-Assault Resulting in<br>Substantial Bodily Injury) |

THE GRAND JURY CHARGES:

On or about February 27, 2022, in the District of Arizona, within the confines of the San Carlos Apache Indian Reservation, Indian Country, defendant, DAN CASEY, an Indian, did intentionally, knowingly and recklessly assault M.K., who was an intimate partner, resulting in substantial bodily injury.

In violation of Title 18, United States Code, Sections 1153 and 113(a)(7).

A TRUE BILL

s/
FOREPERSON OF THE GRAND JURY
Date: October 12, 2022

GARY M. RESTAINO
United States Attorney
District of Arizona

s/
THOMAS SIMON
Assistant U.S. Attorney